**5**

**Fred L. MANDEL, Petitioner, v. David H. BLAIR, Commissioner of Internal Revenue, Respondent.**

Circuit Court of Appeals, Seventh Circuit.
May 1, 1928.

No. 3922.

Petition for Review of Order of United States Board of Tax Appeals.

Herman T. Reiling, of Chicago, Ill., for petitioner.

John W. Fisher, of Chicago,, Ill., for respondent.

Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. Upon the authority of Heiner v. Tindle, 48 S. Ct. 326, 72 L. Ed. ——, decided by the Supreme Court of the United States on April 9, 1928, the decision of the Board of Tax Appeals is reversed, and the cause is remanded, with direction, upon the here stipulated facts, to allow the petitioner as a deductible loss for the year 1919 the amount of $7,250.